1  **EPSTEIN DRANGEL LLP**
2  Peter J. Farnese (SBN 251204)
   pfarnese@ipcounselors.com
3  700 South Flower Street, Suite 1000
   Los Angeles, California 90017
4  Telephone:  310-356-4668
   Facsimile:   310-388-1232
5
6  Attorneys for Defendants,
   Telebrands Corp., Hempvana, LLC,
7  Bulbhead.Com, LLC, and Health Bloom, LLC
8
9              **UNITED STATES DISTRICT COURT**
10           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11 | HEALTHVANA, INC., a Delaware corporation, | CASE NO. 2:20-cv-04305-DDP-SK
12 | | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
13 | Plaintiff, |
14 | v. |
15 | TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company, | Date: February 14, 2022
   Time: 10:00 a.m.
   Judge: Hon. Dean D. Pregerson
   Crtm: 9C

   Complaint Filed:   May 12, 2020
   Trial Date:            March 15, 2022
19 |
20 | Defendants. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 14, 2022 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9C (or via Zoon videoconference) of the above-entitled court located at 350 West 1st Street, Los Angeles, CA. 90012, Defendants Telebrands Corp., Hempvana, LLC, Bulbhead.Com, LLC, and Health Bloom, LLC ("Defendant(s)" or "Telebrands") will, and hereby does move for summary judgment as to Plaintiff Healthvana Inc.'s ("Plaintiff") first amended complaint.

This motion is made pursuant to Federal Rule of Civil Procedure 56, following the conference of the counsel pursuant to L.R. 7-3 which took place on April 13, 2021.

This motion is based on this notice, the declaration of Peter J. Farnese, the Statement of Uncontroverted Facts and Conclusions of Law, all pleadings, papers and records on file herein, any matter which the court may take judicial notice, and any oral or documentary evidence that the court may receive at the hearing.

DATED: January 10, 2022            EPSTEIN DRANGEL LLP

                                   By:   *s/ Peter J. Farnese*
                                         Peter J. Farnese

                                   Attorneys for Defendants,
                                   Telebrands Corp., Hempvana, LLC,
                                   Bulbhead.Com, LLC, and Health Bloom, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: January 10, 2022                    By:    s/ Peter J. Farnese
                                                  Peter J. Farnese