REDACTED