**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone:  310-356-4668
Facsimile:   310-388-1232

Attorneys for Defendants,
Telebrands Corp., Hempvana, LLC,
Bulbhead.Com, LLC, and Health Bloom, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHVANA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 2:20-cv-04305-DDP-SK<br><br>**DECLARATION OF PETER J. FARNESE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 14, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Crtm: 9C<br><br>Complaint Filed:   May 12, 2020<br>Trial Date:          March 15, 2022 |

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## **DECLARATION OF PETER J. FARNESE**

I, Peter J. Farnese, declare as follows:

1. I am an attorney with the law firm Epstein Drangel LLP, counsel of record for Defendants Telebrands Corp., et al., and am licensed to practice in all courts within the State of California.

2. I make this declaration based on my own personal knowledge or upon information and belief and, if called upon to testify, would testify competently as to the matters contained therein.

3. I submit this declaration in support of Defendants' Motion for Summary Judgment.

4. Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Ramin Bastani ("Bastani Depo"), Volume I, which took place via Veritext Virtual on November 16, 2021, and marked Confidential.

5. Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Ramin Bastani, Volume II, which took place via Veritext Virtual on December 9, 2021.

6. Attached hereto as Exhibit C is a true and correct copy of the "Highly Confidential" portions of deposition transcript of Ramin Bastani, Volume II, which took place via Veritext Virtual on December 9, 2021.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition transcript of Bala Iyer, which took place via Veritext Virtual on November 3, 2021

8. Attached hereto as Exhibit E is a true and correct copy of the article entitled, "Following outrage, name of 'Hula' app is changed", Hawaii Tribune Herald, dated May 7, 2014. I used my web browser to access and download the article as a pdf from the web address: http://hawaiitribune-herald.co m/news/lo cal-news/fo llo wing-o utrage-name-hula-app-changed.

9. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's U.S. Federal Trademark Registration No. 4,857,628 originally attached to Plaintiff's Complaint (Dkt. 1).

10. Attached hereto as Exhibit G is a true and correct copy of HEALTHVANA000728, marked by Plaintiff as "Highly Confidential – Attorneys' Eyes Only".

11. Attached hereto as Exhibit H is a true and correct copy of an email from Mr. Iyer to Mr. Bastani dated March 31, 2020 originally marked as Exhibit 6 at the Deposition of Ramin Bastani.

12. Attached hereto as Exhibit I is a true and correct copy of an email string between Mr. Bastani to Mr. Iyer originally marked as Exhibit 8 at the Deposition of Ramin Bastani.

13. Attached hereto as Exhibit J is a true and correct copy of copy of an email string between Mr. Bastani to Mr. Iyer.

14. Attached hereto as Exhibit K is a true and correct copy of a May 2020 Facebook post on Plaintiff's account.

15. Attached hereto as Exhibit L is a true and correct copy of a screenshot of Plaintiff's Healthvana website.

16. Attached hereto as Exhibit M is a true and correct copy of the Healthvana mark as used by Plaintiff in the marketplace.

17. Attached hereto as Exhibit N is a true and correct copy of the Healthvana mark as used by Defendants in the marketplace in connection with hand sanitizer.

18. Attached hereto as Exhibit O is a true and correct copy of the document bates numbered TB001302.

19. Attached hereto as Exhibit P is a true and correct copy of the document bates numbered TB001304.

20. Attached hereto as Exhibit Q is a true and correct copy of the document bates numbered TB001303.

21. Attached hereto as Exhibit R is a true and correct copy of Plaintiff's responses to Defendants' First Set of Requests for Admissions.

22. Attached hereto as Exhibit S is a true and correct copy of excepts from the deposition of Plaintiff's designated expert, Victoria Wilkerson.

23. A true and correct copy of Telebrands' design of its popular "Hempväna" mark is as follows:

Hempväna®

The mark is viewable at: https://hempvana.com/ (last accessed: January 10, 2022).

24. I reviewed the documents produced by Plaintiff in discovery in this action, including documents it produced regarding communications Plaintiff alleged it received from individuals regarding the Telebrands hand sanitizer in the late March through June 2020 time period. Although not all the communications were dated, more than half of the dated communications occurred after Telebrands began making the changes to the product website and name that were requested by Plaintiff in late March / early-April 2020.

25. Nearly all of them came from individuals who purchased the product directly from Telebrands or viewed the initial television commercials; none of these were from any big box retail customer (i.e. an "in store" purchaser).

26. The date of the last dated communication (HEALTHVANA000668) appears to be August 14, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2021, at Los Angeles, California.

By: /s/Peter J. Farnese
Peter J. Farnese

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: January 7, 2022         By:   *s/ Peter J. Farnese*
                                     Peter J. Farnese