# EXHIBIT H

# EXHIBIT H

**From:** "Bala Iyer" <bala@telebrands.com>
**To:** "ramin@healthvana.com" <ramin@healthvana.com>
**Bcc:** "aj@bulbhead.com" <aj@bulbhead.com>
**Subject:** Hydroclean - Commercial and Website revisions
**Date:** Tue, 31 Mar 2020 20:55:59 -0400
**Importance:** Normal

---

Dear Ramin -

It was good to talk to you again today. To follow up on our conversation, here is a recap of the changes we are expeditiously implementing.

- We have revised our commercial to remove any reference to Healthvana.
- The revised commercial will be trafficked to TV stations and we will request all networks to switch out the commercials ASAP. However, keep in mind that we have no control over the TV stations.
- We will be using a different trademark for our hand sanitizer product.
- The landing page/website for our Hydroclean product is being changed to a different URL. The new website should be live by tomorrow, April 1st.
- We are sending an order confirmation communication via email and or letters to all our customers informing them of our toll-free customer support number and our customer support email address.

We strongly believe that the implementation of the above changes should eliminate and alleviate the concerns you have raised. While the effect of these changes may take a few days, we would like for you to continue to forward any inquiries you receive to us so we can appropriately respond to our customers.

Please understand that we agreed to implement these changes expeditiously in the spirit of resolving this dispute without any admission of liability. We disagree that there is any trademark infringement, and have moved expeditiously so that you can continue the important and time sensitive work that you are doing in the face of the COVID-19 pandemic.

Bright Regards,
Bala Iyer
Executive Vice President and COO


*A Division of Telebrands Corp.*

One BulbHead Way
79 Two Bridges Road
Fairfield, NJ 07004

E bala@bulbhead.com
W +1-973-244-0300  x 366
F  +1-973-244-0589

BASTANI DEPO
EXHIBIT 6

Notice: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed.
If you have received this email in error destroy it immediately. ***Bulbhead Confidential***

BASTANI DEPO
EXHIBIT 6