# EXHIBIT I

# EXHIBIT I

**From:** "Ramin Bastani" <ramin@healthvana.com>
**To:** "Bala Iyer" <bala@telebrands.com>
**Subject:** Re: Hydroclean - Commercial and Website revisions
**Date:** Mon, 6 Apr 2020 20:18:55 -0700
**Importance:** Normal
**Attachments:** invoice_9740.pdf
**Inline-Images:** Screen_Shot_2020-04-04_at_4.16.24_PM.png

---

Hi Bala,

I hope this note finds you and yours well.  Would appreciate an update when you get a chance.  I did see www.HealthvanaFoam.com was taken down - thank you.

As mentioned, I'd appreciate your further consideration to pay our nominal legal fees for the matter directly ($2,500 - attached) in the coming days.  We are busy with our COVID-19 work and want to quickly put this behind us.  Thanks!

Best,

Ramin Bastani (pronouns: he/him)
Chief Executive Officer
Healthvana, Inc.
mobile:  310.925.6220


On Sat, Apr 4, 2020 at 6:19 PM Bala Iyer <bala@telebrands.com> wrote:
> Hi Ramin -
>
> Thank you for your email. The changes were made a few days ago. I will send you a detailed update tomorrow morning.
>
> Have a good evening.
>
> Regards
> Bala
>
> On Sat, Apr 4, 2020 at 7:46 PM Ramin Bastani <ramin@healthvana.com> wrote:
>> Hi Bala,
>>
>> I hope this note finds you well.  I'm writing again because the confusion continues to be a real problem for our company.
>>
>> - Last night a potential investor sent me a note wondering if we'd changed our business model, after seeing the ad on TV.  Needless to say it wasn't a great exchange to have.
>>
>> - Additionally, I checked just now and www.HealthvanaFoam.com is still the URL.  You said that would be changed on April 1st - the process to switch a URL is less than 5 mins.

BASTANI DEPO
EXHIBIT 8



- I still haven't gotten a copy of the "order confirmation email" you sent to all customers - can you please forward a copy, as discussed?

- We continue to get emails about your products.  As you mentioned, I know it may not seem like a lot of emails when you're getting 28,000 orders in a day, however the ongoing confusion is taking up valuable time and creating uncomfortable conversations with our customers (both existing and potential), investors (both existing and potential), our patients and people at-large across the country.

I would greatly appreciate another update - thank you.

Best,

Ramin Bastani (pronouns: he/him)
Chief Executive Officer
Healthvana, Inc.
mobile:  310.925.6220


On Fri, Apr 3, 2020 at 6:40 AM Ramin Bastani <ramin@healthvana.com> wrote:
> Good morning, Bala.
>
> Can you please give me an update, when you get a moment?
>
> From our side, I just forwarded a couple more emails that came to me directly via our demo@healthvana.com address.  And I know we have a lot more that came to us from "contact us" at Healthvana.  Thanks.
>
> Best,
>
> Ramin Bastani (pronouns: he/him)
> Chief Executive Officer

<span style="color:red">BASTANI DEPO
EXHIBIT 8</span>

Healthvana, Inc.
mobile:  310.925.6220


On Wed, Apr 1, 2020 at 9:11 AM Ramin Bastani <ramin@healthvana.com> wrote:
> Hi Bala,
>
> Thank you for your note and continued follow-up.  It's greatly appreciated.  We look forward to seeing the changes and the withdrawal of the Healthvana mark we talked about as well.
>
> We'll be forwarding any emails received in the last day or so to you directly.  Thanks again.
>
> Best,
>
> Ramin Bastani (pronouns: he/him)
> Chief Executive Officer
> Healthvana, Inc.
> mobile:  310.925.6220
>
>
> On Tue, Mar 31, 2020 at 5:56 PM Bala Iyer <bala@telebrands.com> wrote:
>> Dear Ramin -
>>
>>
>> It was good to talk to you again today. To follow up on our conversation, here is a recap of the changes we are expeditiously implementing.
>>
>> - We have revised our commercial to remove any reference to Healthvana.
>> - The revised commercial will be trafficked to TV stations and we will request all networks to switch out the commercials ASAP. However, keep in mind that we have no control over the TV stations.
>> - We will be using a different trademark for our hand sanitizer product.
>> - The landing page/website for our Hydroclean product is being changed to a different URL. The new website should be live by  tomorrow, April 1st.
>> - We are sending an order confirmation communication via email and or letters to all our customers informing them of our toll-free customer support number and our customer support email address.
>>
>>
>> We strongly believe that  the implementation of the above changes should eliminate and alleviate the concerns you have raised. While the effect of these changes may take a few days, we would like for you to continue to forward any inquiries you receive to us so we can appropriately respond to our customers.
>>
>>
>> Please understand that we agreed to implement these changes expeditiously in the spirit of resolving this dispute without any admission of liability. We disagree that there is any trademark infringement, and have moved expeditiously so that you can continue the important and time sensitive work that you are doing in the face of the COVID-19 pandemic.

BASTANI DEPO
EXHIBIT 8

> Bright Regards,
> Bala Iyer
> Executive Vice President and COO
>
> 
> *A Division of Telebrands Corp.*
>
> One BulbHead Way
> [79 Two Bridges Road
> Fairfield, NJ 07004](#)
>
> E [bala@bulbhead.com](mailto:bala@bulbhead.com)
> W +1-973-244-0300  x 366
> F  +1-973-244-0589
>
> Notice: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed.
> If you have received this email in error destroy it immediately. ***Bulbhead Confidential***

--

Bright Regards,
Bala Iyer
Executive Vice President and COO


*A Division of Telebrands Corp.*

One BulbHead Way
79 Two Bridges Road
Fairfield, NJ 07004

E [bala@bulbhead.com](mailto:bala@bulbhead.com)
W +1-973-244-0300  x 366
F  +1-973-244-0589

Notice: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed.
If you have received this email in error destroy it immediately. ***Bulbhead Confidential***

BASTANI DEPO
EXHIBIT 8