# EXHIBIT K

# EXHIBIT K

# Think Patient.



Healthvana
@healthvana · Added a lot...