# EXHIBIT O

# EXHIBIT O



Confidential TB001302