# EXHIBIT P

# EXHIBIT P

*Kills 99.9% of Germs*

# Healthväna®



## HYDROCLEAN HAND SANITIZER

**KILLS 99.9% OF GERMS***

Sanitize + Moisturize

### 100% Pure Coconut Oil
Aloe Vera
Hyaluronic Acid

---

**PROTECTION YOU CAN TRUST FROM THE BRAND YOU TRUST!**




SYNTHESIZED IN THE USA

*when used on hands directly




**BulbHead**
The Home of Bright Ideas

One BulbHead Way, Fairfield NJ 07004
973-244-0300  •  Fax: 973-244-0233
www.BulbHead.com

Confidential                                                                 TB001304