# EXHIBIT S

# EXHIBIT S

Page 1

1           UNITED STATES DISTRICT COURT
2        FOR THE CENTRAL DISTRICT OF CALIFORNIA
3                   WESTERN DIVISION
4   HEALTHVANA, INC., a Delaware         )
    corporation,                         )
5                                        )
            Plaintiff,                   )
6                                        )
            vs.                          ) Case No.
7                                        ) 2:20-cv-04305-
    TELEBRANDS CORP., a New Jersey       ) DDP-SK
8   Corporation; HEMPVANA, LLC, a        )
    Delaware Limited Liability Company;  )
9   BULBHEAD.COM, LLC; a Delaware        )
    Limited Liability Company; and       )
10  HEALTH BLOOM, LLC, a Delaware        )
    Limited Liability Company,           )
11                                       )
            Defendants.                  )
12  _____)
13
14        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
15           DEPOSITION OF VICTORIA WILKERSON
16    WITH HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
17                PORTIONS SEPARATELY BOUND
18
19             Tuesday, December 28, 2021
20     Remotely Testifying from Irvine, California
21
22
23   Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4   HEALTHVANA, INC., a Delaware          )
     corporation,                          )
 5                                         )
             Plaintiff,                    )
 6                                         )
             vs.                           ) Case No.
 7                                         ) 2:20-cv-04305-
     TELEBRANDS CORP., a New Jersey        ) DDP-SK
 8   Corporation; HEMPVANA, LLC, a         )
     Delaware Limited Liability Company;   )
 9   BULBHEAD.COM, LLC; a Delaware         )
     Limited Liability Company; and        )
10   HEALTH BLOOM, LLC, a Delaware         )
     Limited Liability Company,            )
11                                         )
             Defendants.                   )
12   _____)
13
14
15         Virtual videoconference video-recorded
16    deposition of VICTORIA WILKERSON, WITH HIGHLY
17    CONFIDENTIAL, ATTORNEYS' EYES ONLY PORTIONS
18    SEPARATELY BOUND, remotely testifying from Irvine,
19    California, on Tuesday, December 28, 2021, before
20    Hanna Kim, CLR, Certified Shorthand Reporter,
21    No. 13083.
22
23
24
25
```

Page 3

1    REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
2
3    For Plaintiff Healthvana, Inc.:
4         PRANGER LAW PC
5          BY:  PILAR STILLWATER, ESQ.
6          88 Guy Place Suite 405
7          San Francisco, California 94105
8          415.885.9800
9          pstillwater@prangerlaw.com
10
11   For Defendants Telebrands Corp., Hempvana, LLC,
12   Bulbhead.Com, LLC, and Health Bloom, LLC:
13        BESHADA FARNESE LLP
14         BY:  DONALD A. BESHADA, ESQ.
15         700 Flower Street, Suite 1000
16         Los Angeles, California 90017
17         310.356.4668
18         -and-
19        EPSTEIN DRANGEL LLP
20         BY:  PETER J. FARNESE, ESQ.
21         700 S. Flower St., Suite 1000
22         Los Angeles, California 90017
23         310.356.4668
24         pfarnese@ipcounselors.com
25

Page 4

1    APPEARANCES: (CONTINUED)
2
3  ALSO PRESENT:
4        JILL WARREN, Videographer
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                              Page 5

 1                    INDEX OF EXAMINATION
 2
 3    WITNESS:  VICTORIA WILKERSON
 4    EXAMINATION                                              PAGE
 5         BY MR. BESHADA:                                       9
 6
 7    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY              25-60
 8                           --o0o--
```

1                    INDEX OF EXHIBITS

2

3   WILKERSON DEPOSITION EXHIBITS                          PAGE

4   Exhibit 1    "Expert Report of Victoria                 23

5                Wilkerson, MBA, CPA, ABV, CFE on

6                Behalf of Plaintiff Healthvana,

7                Inc."; November 22, 2021; 29

8                pages

9   Exhibit 2    "Handvana Gel wholesale P-L Oct            54

10               2020-Jun 2021"; Bates nos.

11               TB001736

12                         --o0o--

Page 7

1         Remotely Testifying from Irvine, California

2         Tuesday, December 28, 2021; 9:10 a.m., PST

3                     --o0o--

4         THE VIDEOGRAPHER:  Good morning.  We are

5  on the record at 9:10 a.m., on Tuesday,                    09:10:12

6  December 28, 2021.

7         This is the beginning of Media Number 1 of

8  the video-recorded deposition of Victoria

9  Wilkerson, taken by counsel for defendants in the

10 matter of Healthvana, Inc., versus Telebrands       09:10:29

11 Corp., et al., filed in the United States District

12 Court, for the Central District of California,

13 Western Division, Case Number 2:20-CV-04305-DDP-SK.

14        This deposition is being conducted using

15 Veritext virtual Zoom technology, and all           09:10:55

16 participants are attending remotely.

17        Please note microphones are sensitive and

18 may pick up whispers, private conversations, and

19 cellular interference.

20        Until all parties agree to go off the        09:11:09

21 record, audio and video recording will continue to

22 take place.

23        My name is Jill Warren, and I am the

24 videographer.  The court reporter is Hanna Kim.

25 And we are with Veritext Legal Solutions.           09:11:23

```
                                                              Page 8
 1            If there are any objections to proceeding,
 2    please state them at the time of your appearance.
 3            Beginning with the noticing attorney,
 4    please state your appearance.
 5            MR. BESHADA:  Donald Beshada, Beshada      09:11:36
 6    Farnese, for the Defendants Telebrands, et al.
 7            MR. FARNESE:  Peter Farnese, Epstein
 8    Drangel LLP, for Defendants Telebrands, et al.
 9            MS. STILLWATER:  Pilar Stillwater, Pranger
10    Law PC, for the Plaintiff, Healthvana.            09:11:54
11            THE VIDEOGRAPHER:  Thank you.
12            The court reporter will administer the
13    oath and then counsel may proceed.
14
15                   VICTORIA WILKERSON,
16         having been administered an oath over
17              videoconference, was examined
18                 and testified as follows:
19    ///
20     ///
21     ///
22     ///
23     ///
24     ///
25     ///
```

Page 18

1  Number 1.  Off the record at 9:22 a.m.

2            (Off the record.)

3            THE VIDEOGRAPHER:  We are back on the

4  record at 9:30 a.m.  This is the beginning of Media

5  Number 2.                                              09:30:13

6  BY MR. BESHADA:

7       Q.  Ms. Wilkerson, what exactly have you been

8  hired to do in this case?

9       A.  I have been hired to evaluate the economic

10 damages being claimed and to comment on any            09:30:27

11 reports or opinions provided by the opposing side

12 regarding economic damages.

13      Q.  And when you say "economic damages,"

14 in the -- for purposes of this case, how do you

15 define that?                                           09:30:46

16      A.  So in this case, I would say to date my

17 assignment has been analyzing lost profits or

18 disgorgement of profits.

19      Q.  And can you tell me step by step how you

20 have analyzed the disgorgement of profits and come    09:31:09

21 to the conclusions that are set forth in your

22 report?

23      A.  Sure.  I would say it is detailed in my

24 report, but a broad overview would be that I have

25 looked at the documentation that's been provided      09:31:28

```
                                                         Page 19
 1    to date regarding financials.
 2             And I have done my best to compile that
 3    information and provide alternate scenarios that
 4    look at the gross revenue for different products.
 5             So that has been I would say broadly what     09:31:50
 6    I did.
 7       Q.   Okay.  Other than providing scenarios
 8    related to gross sales of the products, have you
 9    done anything else?
10             MS. STILLWATER:  Objection.  Form.            09:32:14
11             You can -- you can go ahead and answer.
12             THE WITNESS:  So I've also looked at some
13    of the additional documentation, I would say, that
14    has been provided regarding expenses.
15    BY MR. BESHADA:                                        09:32:35
16       Q.   And have you provided an expert opinion on
17    the expenses that you just talked about?
18       A.   So I don't have a calculation or -- a
19    calculation at this time of -- of expenses.  But,
20    obviously, to the extent that additional               09:32:57
21    information or a calculation is provided, I
22    understand I may be asked to comment on it.
23             I would say, also, just generally, I do
24    have some concerns about the documentation that
25    has been provided to date and the ability for         09:33:13
```