1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

HEALTHVANA, INC., a Delaware corporation,

    Plaintiff,

  v.

TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company,

    Defendants.

CASE NO. 2:20-cv-04305-DDP-SK

**ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF MOTION FOR SUMMARY JUDGMENT**

Date: February 14, 2022
Time: 10:00 a.m.
Judge: Hon. Dean D. Pregerson
Crtm: 9C

Complaint Filed: May 12, 2020
Trial Date:   March 15, 2022

Before the Court is Defendants' Application for an Order Granting Permission to File Under Seal documents in connection with Defendant's Defendants' Motion for Summary Judgment.   After careful consideration, and for good cause shown, the Application is GRANTED as to the following:

| Document | Portions to Be Filed Under Seal |
|---|---|
| 1. Memorandum of Points and Authorities | Highlighted Portions |
| 2. Statement of Uncontroverted Facts and Conclusions of Law | Highlighted Portions |
| 3. Declaration of Peter J. Farnese | Highlighted Portions and Portions of Certain Exhibits:<br>• Exhibit A – Portions of Transcript of Deposition of Ramin Bastani Vol. I<br>• Exhibit B – Portions of Transcript of Deposition of Ramin Bastani, Vol. II.<br>• Exhibit C – Portions of Transcript of Deposition of Ramin Bastani, Vol. II.<br>• Exhibit D – Portions of Transcript of Deposition of Bala Iyer.<br>• Exhibit G – Financial Documents of Plaintiff |

IT IS SO ORDERED.

Dated:     January 11, 2022

_____
Hon. Dean D. Pregerson
United States District Judge