UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Brent S. Colasurdo (SBN 281863)
bcolasurdo@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

PRANGER LAW PC
Holly Pranger (SBN 215270)
hpranger@prangerlaw.com
Eugene L. Hahm (SBN 167596)
ehahm@prangerlaw.com
88 Guy Place, Suite 405
San Francisco,  CA 94105
Tel:  (415) 885-9800
Fax: (415) 944-1110

Attorneys for Plaintiff Healthvana, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHVANA, INC.,<br>a Delaware corporation,<br><br>                     Plaintiff,<br><br>     v.<br><br>TELEBRANDS CORP., a New Jersey<br>Corporation; HEMPVANA, LLC, a<br>Delaware Limited Liability Company;<br>BULBHEAD.COM, LLC; a Delaware<br>Limited Liability Company; and<br>HEALTH BLOOM, LLC, a Delaware<br>Limited Liability Company,<br><br>                     Defendants. | Case No. 2:20-cv-04305-DDP (SKx)<br>Hon. Dean D. Pregerson<br><br>DECLARATION OF RAMIN BASTANI<br>IN SUPPORT OF PLAINTIFF'S<br>OPPOSITION TO MOTION FOR<br>SUMMARY JUDGMENT<br><br>Date:  February 14, 2022<br>Time:  10:00 a.m.<br>Ctrm:  9C<br><br>Complaint Filed:  May 12, 2020<br>Trial Date:  March 15, 2022<br>___ |

I, Ramin Bastani, hereby declare as follows:

1.      I am the chief executive officer of Healthvana, Inc. ("Healthvana").  I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

2.      I am providing this Declaration in opposition to the Defendants' motion for summary judgment.

3.      Healthvana coined the name "Healthvana," and, on July 8, 2014, applied for a federal trademark registration for that mark, which issued on November 24, 2015, as U.S. Registration No. 4,857,628.  Healthvana's federal trademark registration for its Healthvana mark, with U.S. Registration No. 4,857,628, issued on November 24, 2015, a true and correct copy of which is attached as **Exhibit 1** hereto.

4.      From 2014 until the pandemic hit in early 2020, Healthvana operated a digital health platform that was used by healthcare providers and patients throughout the United States, primarily those focusing on prevention and management of HIV and sexually transmitted infections.

5.      Healthvana's platform digitally delivered test results through a secure portal, including to patients' mobile phones.  Prior to the pandemic, Healthvana delivered more than 15 million lab results to more than 400,000 patients nationwide. In addition to securely delivering lab results, Healthvana's platform also allowed healthcare providers to conduct contact-free mobile-registration intake, allowing patients to check in to their doctor visits from any tablet, smartphone, or computer.

6.      When the pandemic first arrived in early 2020, Healthvana realized that it was in an excellent position to assist.  Thus, it expanded its healthcare test-results platform to include Covid.  Healthvana began to provide patients with a mobile record that they could share with doctors, employers, and people with which they had been in contact.  This was critical to helping patients obtain the care they needed

{229587.1}

1

and to permit everyone, from front-line workers to epidemiologists, to understand who may have been exposed to the Covid virus.

7.      Because of the importance of Healthvana's digital test results delivery, contact tracing, and reporting platform in fighting the pandemic, Healthvana had discussions with all levels of the government across the United States.  Indeed, the City of Los Angeles and Los Angeles County designated Healthvana to deliver test results at many of their drive-thru and walk-thru testing centers.  While Healthvana does not actually perform any Covid testing, to date Healthvana has delivered more than 25 million Covid test results across 21 states.

8.      Beginning on March 19, 2020, Plaintiff Healthvana began to receive correspondence from confused consumers who had ordered, or attempted to order, Telebrands' "Healthvana" hand sanitizer.  We received complaints on our website, in letters, and in voice messages.  True and correct copies of the hundreds of complaints received by Healthvana through its technical support website are attached hereto as **Exhibit 2**.  These documents were received by Healthvana immediately upon being sent and/or submitted by the people who sent and/or submitted them, and these documents were kept in the regular course of Healthvana's business activity.

9.      Other confused and angry customers posted their misdirected complaints about Healthvana on Healthvana's social media.  True and correct copies of posts to Healthvana's Twitter account, which were produced by Healthvana in this matter with Bates numbers HEALTHVANA001389-HEALTHVANA001423, or included in Plaintiff's Complaint, are attached hereto as **Exhibit 3**.

10.     One of Healthvana's investors expressed confusion as to whether Healthvana had changed its business model, after the investor saw the Telebrands' "Healthvana" television commercial.  A true and correct copy of an email exchange I had with Telebrands' Executive Vice President and Chief Operating Officer, Bala

{229587.1}

2

Iyer, in which I informed him, on April 4, 2020, of this unpleasant conversation with a potential investor is attached hereto as **Exhibit 4**.  As part of this correspondence, Mr. Iyer promised to use a trademark other than "Healthvana" for Telebrands' hand sanitizer product.

11.      Attached hereto as **Exhibit 5** is an email exchange I had with Mr. Bala. My request for nominal legal fees set forth in that exhibit was not an offer to resolve the entire dispute but, instead, was a request that I be reimbursed for my legal expenses to date as we continued to attempt to come to an acceptable solution.  I did not know at the time I sent that email, or at any other time during the course of my communications with Mr. Bala about this dispute, that Telebrands was intending to sell to Home Depot and/or Lowe's hundreds of thousands of "Healthvana"-branded hand sanitizers.

12.      One of the purposes of Healthvana's testing business originated from the goal of providing test results and healthcare treatment options to underserved populations who are widely reported to be generally more reluctant to trust the medical establishment because of the history of medical ethics violations to such communities.  The failure to trust the recommended healthcare guidelines, specifically to get vaccinated and tested for Covid, is a legitimate concern for the U.S. government during the current healthcare crises.  In fact, I presented to the Presidential Advisory Committee on HIV/AIDS, which included high level representatives at Health and Human Services, as well as the CDC, just before the start of the Covid pandemic, regarding this issue.  Shortly thereafter, I spoke with other members of Health and Human Services regarding Healthvana's ability to assist during the Covid pandemic.

13.      Public trust is critical to Healthvana's goodwill, and its business.  If the public does not have complete trust in our services, that will impact our ability to reach end-users and have them agree to use our services to deliver highly-sensitive

3

BASTANI DECL. ISO PLAINTIFF'S OPPOSITION TO MSJ

1 | medical information, which is the cornerstone of our business.  The confusion
2 | caused by Telebrands' use of the mark HEALTHVANA on its hand sanitizer caused
3 | many people to express very negative opinions to my company, including in public
4 | forums.  While it is impossible to quantify with precision exactly how this confusion
5 | damaged our brand—because I cannot know what companies or government
6 | agencies decided not to do business with us, or what end-users do not trust our
7 | brand, or what investors decided not to invest with us—the fact that the brand that I
8 | worked tirelessly to cultivate has been tarnished by Telebrands has certainly caused
9 | tremendous damage to my company and a substantial loss of goodwill.

Executed on January 22, 2022, in Los Angeles, California.

_Ramin Bastani_
_____
Ramin Bastani