# Exhibit 1

# EXHIBIT A

Exhibit 1
5

# United States of America
### United States Patent and Trademark Office

# HEALTHVANA

**Reg. No. 4,857,628**
**Registered Nov. 24, 2015**
**Int. Cls.: 9, 42 and 44**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

HEALTHVANA, INC. (DELAWARE CORPORATION)
C/O PRANGER LAW GROUP
88 GUY PLACE, SUITE 405
SAN FRANCISCO, CA 94105

FOR: COMPUTER SOFTWARE, NAMELY, DOWNLOADABLE SOFTWARE AND MOBILE APPLICATIONS FOR HEALTHCARE RECIPIENTS FOR MANAGING PERSONAL HEALTH, LOCATING PROVIDERS OF HEALTHCARE SERVICES, COMMUNICATING WITH PROVIDERS OF HEALTHCARE SERVICES, AND OBTAINING, STORING, AND SHARING PERSONAL MEDICAL AND HEALTHCARE RECORDS; AND COMPUTER SOFTWARE, NAMELY, DOWNLOADABLE SOFTWARE AND MOBILE APPLICATIONS FOR HEALTHCARE PROVIDERS FOR TRACKING, STORING, AND SHARING MEDICAL AND HEALTHCARE RECORDS WITH HEALTHCARE RECIPIENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-8-2014; IN COMMERCE 7-8-2014.

FOR: APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE FOR USE IN CONNECTION WITH MEDICAL DATA AND HEALTHCARE MANAGEMENT, NAMELY, ORGANIZING, TRACKING, STORING, AND SHARING OF HEALTH AND MEDICAL RECORDS BY AND BETWEEN HEALTHCARE PROVIDERS AND HEALTHCARE RECIPIENTS; PROVIDING SOFTWARE AS A SERVICE (SAAS) FOR THE STORAGE AND VERIFICATION OF THE EXISTENCE OF USER AND HEALTH PROVIDER SUPPLIED HEALTH INFORMATION AND DOCUMENTS, AND THE GRANTING AND CONTROLLING OF ACCESS TO THE INFORMATION AND DOCUMENTS; TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE AND INTERACTIVE WEBSITE FEATURING TECHNOLOGY THAT ALLOWS HEALTHCARE RECIPIENTS TO MANAGE PERSONAL HEALTH, LOCATE PROVIDERS OF HEALTHCARE SERVICES, COMMUNICATE WITH PROVIDERS OF HEALTHCARE SERVICES, AND OBTAINING, STORE, AND SHARE PERSONAL HEALTH AND MEDICAL RECORDS; PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE COMPUTER FOR HEALTHCARE PROVIDERS FOR TRACKING, STORING, AND SHARING HEALTHCARE AND MEDICAL RECORDS WITH HEALTHCARE RECIPIENTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-8-2014; IN COMMERCE 7-8-2014.

Exhibit 1
6

**Reg. No. 4,857,628**  FOR: CONSULTING SERVICES IN THE FIELD OF HEALTHCARE; INTERACTIVE WEBSITE FEATURING HEALTHCARE INFORMATION FOR HEALTHCARE PROVIDERS FOR TRACKING, STORING, AND SHARING HEALTHCARE AND MEDICAL RECORDS WITH HEALTHCARE RECIPIENTS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 7-8-2014; IN COMMERCE 7-8-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-331,562, FILED 7-8-2014.

ALEX KEAM, EXAMINING ATTORNEY