Exhibit 3



- Mar 24

@healthvana I was shocked to see your product, a foaming #HandSanitizer being sold for $14.99 on late night TV?Hospitals, 1st responders and so many are desparate for this item as well as masks etc. Disgustec at "Profit over People"? What are you doing? Why? #CoronavirusPandemic

**THE CHOICE BETWEEN WHAT'S CONVENIENT AND WHAT'S RIGHT."**
-Tony Dungy, *Uncommon*

♡ 2          ↻ 24          ♡ 21          ⬆

**Healthvana** @healthvana · Mar 24
We understand your confusion - but we are not in any way related to the hand sanitizer ccmpany. We posted that on March 20th - pinned on our Twitter feed now. We have reached out the company, asking them to stop using our registered trademark name of Healthvana.

Exhibit 3
655



· Mar 29
Replying to @healthvana          and 2 others
Liars!

· Mar 29
Replying to @healthvana
Your no good! @US_FDA needs to investigate your business. Your slick.
1

· Mar 29
Replying to
#healthvana is bad!

· Mar 29
Replying to @healthvana          and 2 others
You need to be investigated. Your so insulting to those on the front lines.
#CDC #FDA #AG @POTUS #FirstRespondersFirst
1

· Mar 29
Replying to @healthvana          and 2 others
Oh pleazzzzeee its on your commercials. Taking advantage of people during a
crisis by jacking up prices on things that were hoarded dont make excuses.
1                                                    1

Exhibit 3
656



← **Thread**

**Healthvana** @healthvana ···

Healthvana has nothing to do with the hand sanitizer company that's using our name/trademark.

> **Ramin Bastani** @raminb · Mar 28, 2020
> We (Healthvana) have *no* affiliation with the "Healthvana hand sanitizer" that has commercials on TV. I posted about this on 3/20 and we sent them a "cease and desist" today.
>
> Not us: healthvanafoam.com/Home
>
> Stop using our trademark: @TeleBrands @BulbHeadIdeas @AJKhubani
>
> PRANGER
> LAW PC
>
> SENT VIA U.S. MAIL & EMAIL (customersupport@hempvanastore.com; policies@hempvana.com; customersupport@hempvana.com)
>
> March 28, 2020
>
> Hempvana, LLC
> 2901 Collins Ave.
> Miami Beach, FL 33140
>
> **LEGAL NOTICE:  Infringement of the HEALTHVANA Mark**
>
> Dear Sir or Madam,
>
> We represent Healthvana, Inc. ("Healthvana"), owner of the HEALTHVANA trademark and U.S. Federal Registration No. 4857628 for HEALTHVANA, registration certificate attached.  We write to demand that you immediately cease and permanently desist from your use of the HEALTHVANA trademark, including, most urgently, ceasing television commercials.

3:21 PM · Mar 28, 2020 · Twitter Web App

**1** Retweet   **2** Quote Tweet   **5** Likes

💬   🔁   ♡   ↥

**Healthvana** @healthvana · Apr 22, 2020 ···
Replying to @healthvana
@yourgaragegirl - Here is additional proof that we have nothing to do with the hand sanitizer company.  I'm very sorry for the confusion.

💬   🔁   ♡   ↥

**Dina Moeakiola** @MoeakiolaDina · Apr 3, 2020 ···
Replying to @healthvana
@FoxNews

💬   🔁   ♡ **1**   ↥

**Michael Fry** @MichaelWayneFry · Nov 24, 2020 ···
Replying to @healthvana
My wife Laura got tested last week and we still do not have the results. How or when will the results be available as it have been a week or more?

She has been isolating and I have my results but not hers.

💬   🔁   ♡   ↥

**Cesar Garcia** @CesarHG218 · Apr 3, 2020 ···
Replying to @healthvana
Hope you sue them trying to monetize a situation like this

💬   🔁   ♡   ↥

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Healthvana** @healthvana · Mar 29, 2020
Respectfully, please read the letter above - we are in no way affiliated with the hand sanitizer company.  We are happy to share the entire letter with you if you like as well.

💬 **1**   🔁   ♡   ↥

**Relevant people**

**Healthvana** — Following
@healthvana
Making healthcare look and feel less like Windows 95 and more like Instagram. Using tech to help end Covid-19 and HIV. *Patient questions: healthvana.com/faq

**Ramin Bastani** — Following
@raminb
Using tech to help end Covid-19 and HIV. @Healthvana CEO.  He/him.

**TeleBrands** — Follow
@TeleBrands
The Official Twitter of TeleBrands - Originator of the As Seen On TV category with hit products including Ped Egg, Lint Lizard, Pocket Hose, Bake Pops & more!

HEALTHVANA001389

Exhibit 3
657





HEALTHVANA001390

Exhibit 3
658



Exhibit 3
659

HEALTHVANA001391



**☆King Monroe☆🐻ur mans bed** @aaron_mnroe · 14h
added my vaccination card to my apple wallet 🙌

💬          🔁          ♡ 1          ↑

**Who to follow**

**VHA Acting Under Secretary Dr. Richard Stone**
@USHVHA                                                    Follow
US Army Veteran, MG (Ret). Note: Tweets prior to 5/27/2019 were from previous VHA executives. If you're in crisis, call 1-800-273-8255.
go.usa.gov/3zDm9

**NHS Calderdale CCG** ✓
@calderdaleccg                                            Follow
NHS Calderdale CCG works together with partners to achieve the best outcomes for local people. Call us on 01422 307400.

**AMA Houston**
@amahouston                                               Follow
Official Twitter of the American Marketing Association Houston Chapter. Follow us on Facebook at facebook.com/AMAHouston!

Show more

**Healthvana** @healthvana · 13h                          ···
Millions agree with you!

🟣 **best wishes, warmest regards, abolish the EC.** @_justad... · May 13
Replying to @JillFilipovic
LA County just did this yesterday, I have mine in my Apple Wallet. Not sure how they did it but super impressive!

💬          🔁          ♡          ↑

**Healthvana** @healthvana · 13h                          ···
Yes...and thank the innovative leaders in @lapublichealth for being the first in the country to do this!

🟣 **hot vax summer sparks, mookie apologist** 🖤🎗🏀 ✓ @ · 17h
Oh man, I just got notice LA County has e-vax cards you can add to apple wallet and thank fucking God.

💬          🔁          ♡          ↑

**Topics to follow**
Tweets about the Topics you follow show up in your Home timeline

| COVID-19: health experts  + ✕ | California  + |
| Venture capital  + ✕ | Machine learning  + |
| Los Angeles  + ✕ | Startups  + |

More Topics

**Healthvana** @healthvana · 13h                          ···
Great to hear, Scott! @lapublichealth was the first in the country to empower their residents in this way and people are loving it!

🧑 **Scott Simons** @scottsimonsWVLA · 16h
Got my Apple Wallet digital vaccination card tonight from LA County.
🎉

💬 1          🔁 1          ♡ 2          ↑

**Healthvana** @healthvana · 23h                          ···
Many residents in the South Bay Cities (Manhattan, Redondo, Hermosa Beaches, El Segundo, Palos Verdes, and more!) are now starting to receive their digital vaccination records.

HEALTHVANA001392

Exhibit 3
660



HEALTHVANA001393

Exhibit 3
661



HEALTHVANA001394

Exhibit 3
662



**Pfizer COVID-19 Vaccine**

Dose 1                    04/14/2021

**Healthvana** @healthvana · May 16
🙌

> **Marco Guzman** @gonow823 · May 15
> Got my vaccination card in my Apple wallet 🧑🏻

**Healthvana** @healthvana · May 15
As you should!

> **clare⁷** @clareeewolf · May 15
> just adding my vaccination record to my apple wallet??? as you do?????

♡ 2

**Healthvana** @healthvana · May 15
😃

> **Elaine, aka, Elaine** 🗳️ 12/30 @Elaineist · May 15
> Replying to @streetplayer13 @codekittyio and 3 others
> I'm in Los Angeles county. I was sent an electronic card by Healthvana that I could use as a link or add to my Apple Wallet. It shows up alongside my car ins in Wallet.

♡ 1

**Healthvana** @healthvana · May 15
😃

> **Tom Bombadil** @MySquidwardLife · May 14
> I was able to add my covid vaccinations to my Apple wallet 😉 we're not the same.

♡ 1

**Healthvana** @healthvana · May 15
💪

> **AnnaKin** @Annuhh23 · May 15
> Was anyone else told they can add their vaccination card to their apple wallet.? Lol i guess i'll be flexing this. 🥲

♡ 1

**Healthvana** @healthvana · May 15
Yes, easier to take it with you vs. a paper card.

> **Frank Caeti** @FrankCaeti · May 14
> Replying to @merosskimball
> I got an email fron Healthvana that allowed me to download a digital card and put in my Apple wallet on my phone.

♡ 1

**Healthvana** @healthvana · May 14
😃

> The following media includes potentially sensitive content.
> Change settings                                                View

⟲ 1

**Healthvana** @healthvana · May 14
😃

Exhibit 3
663

HEALTHVANA001395



**yeehaw** @GiselletheeBest · May 14

Replying to @Amysterr

If you used healthvana you can get it on your apple wallet

**Healthvana** @healthvana · May 14

Healthvana's CEO on why we're a part of your health record vs. being a "passport."

**Ramin Bastani** @raminb · May 11

A Covid vaccination record is a part of your health record (protected by HIPAA). It's not a "passport" for many important reasons. But you do have a legal right to:

-> a copy of it (paper and/or digital)
-> fix inaccuracies (e.g., misspellings)
-> share it *if* you chose to

Show this thread

**Healthvana** @healthvana · May 13

Super easy, indeed!

**DJ Spider** @deejayspider · May 13

Replying to @KidConrad

I got a text from Healthvana and clicked a link and added it to my iPhone wallet like it was a boarding pass. Was super easy

**Healthvana** @healthvana · May 13

It's true!

**💕💕Babycakes💕💕** @1pr3ttiRN · May 13

FYI if you received your vaccination in LA County you can now add your vaccination card to your Apple wallet. #vaccine #LACounty #pfizer

1

**Healthvana** @healthvana · May 13

Paper -> 📱

**alex mares** @ahhlex_boy · May 13

Wow! So, now you can add you vaccination card to your apple wallet. Makes it easier than carrying a paper around

1

**Healthvana** @healthvana · May 13

🙂

**Stephen Medina** @stephenm046 · May 13

Pretty cool to be able to get the vaccination records added to your Apple Wallet

Show this thread

LA COVID-19    POWERED BY Healthvana

stephen medina

1

**Healthvana** @healthvana · May 13

HEALTHVANA001396

Exhibit 3
664

Right?!

**Brooklyn Galloway** @Brooklyn_wgh · May 12
So cool we can put our vaccination card in our Apple wallet!

💬 1          🔁          ♡          ⬆️

**Healthvana** @healthvana · May 12          •••
Millions agree with you!

**Sarah Alice** @sarah_alice · May 12
Replying to @ChrisHayner
I got an email from Healthvana I want to say? Thought that was awesome...right to my Apple Wallet.

💬          🔁          ♡          ⬆️

**Healthvana** @healthvana · May 12          •••
We 100% agree!

First and foremost it's your medical / health record (protected by HIPAA) and you have a right to a copy, to fix errors, and a right to share it *if* you ever choose to do so.

Watch our CEO @raminb discuss this and more on @SpecNews1SoCal tonight at 8/11pm PT

**Alex Cohen** ✔ @alexcoheninla · May 11
The word "passport" is a big part of the problem... more on that tomorrow @IssuesOn1 with @healthvana CEO @raminb. Watch @SpecNews1SoCal at 8 for more! twitter.com/latimes/status...

💬          🔁 1          ♡ 1          ⬆️

**Healthvana** @healthvana · May 10          •••
It's our favorite part too!

**Joe Hägg** @joehagg · May 10
Replying to @santiagomayer_ and @FUBARPATTY
Honestly wouldn't it be easier just to get vaccinated? My favorite part is they sent me a digital vaccination card that I added to Apple Wallet. Which is great cos I already lost the actual card. 🤦

💬          🔁          ♡ 1          ⬆️

**Healthvana** @healthvana · May 10          •••
Thanks @KTLA for the feature "L.A. County digital COVID shot record not meant to be 'vaccine passport'" & a great explainer on how the QR code works!

"the codes go to a static informational page on Healthvana's website, not to a different unique page with personal information"



💬 1          🔁 1          ♡ 1          ⬆️

**Healthvana** @healthvana · May 10          •••
Read the full story here: ktla.com/news/local-new...

Where does the QR code go? patient.healthvana.com/v/vaccine-card...

Exhibit 3
665

HEALTHVANA001397



L.A. County digital COVID shot record not meant to be 'vaccine passport'
Those vaccinated in Los Angeles County have been getting digital records of their COVID-19 shots to download to their iPhones, and the ...
🔗 ktla.com

💬 1        🔁        ♡ 1        ⬆️

**Healthvana** @healthvana · May 8        •••
💯

> **Rooted in Resistance** @RootedinResist1 · May 8
> Replying to @healthvana @WSJ and @TravelerOfTheU1
> Thanks, @healthvana, you are right, the term "vaccine passport" is a bit of a political hot potato right now. For me personally, I LOVE having my vaccine info accessible right there in my Apple wallet. And I hope and pray everyone will eventually feel the same! #Grateful

💬        🔁        ♡        ⬆️

**Healthvana** @healthvana · May 8        •••
🙏 and shout-out to all the amazing people who set-up and put the shots in arms!

> **Bill West** @GameguyLA · May 8
> Replying to @GameguyLA @sarafenskebahat and @Apple
> Healthvana ran this program so well.  Thanks so much to all who were involved.

💬        🔁        ♡ 1        ⬆️

**Healthvana** @healthvana · May 8        •••
🔥 is right @djmeel!

> **Meel** @djmeel · Apr 30
> 🙌🙌🙌🔥🔥🔥 Apple Wallet me
>
> Vaccinations
>
> Dose 1        03/23/2021
>
> Administrator        Los Angeles County Vaccinations

💬        🔁        ♡        ⬆️

**Healthvana** @healthvana · May 8        •••
Props to @lapublichealth and their innovative team!

> **pro per** @westcoastlawyer · May 2
> Replying to @staceys5551
> The cards are worthless.  My digital card from la county is in my Apple wallet.

💬        🔁        ♡        ⬆️

**Healthvana** @healthvana · May 8        •••
We're a great backup plan @IAMSadeSellers!

> **Sade Sellers** @IAMSadeSellers · May 2
> Ok this is cool. Got a text that my vaccine card is available to be digitally

HEALTHVANA001398

Exhibit 3
666



added to my Apple wallet with a QR code as well.

Perfect since I temporarily lost my paper one last week!

**LA COVID-19**     POWERED BY
**Healthvana**

ade Sellers

💬 1          🔁          ♡ 1          ⬆️

**Healthvana** @healthvana · May 8          ⋯
Vibes

**𝘋𝘢𝘯𝘪** @TripleAAADani · May 3
Having my digital record of the covid vaccine in my Apple wallet is a vibe 🙌 Ayeee

💬          🔁 1          ♡ 1          ⬆️

**Healthvana** @healthvana · May 8          ⋯
Flaunt it, if you got it!

(Of course, only if you really want to)

**Liz** @datbitchliz · May 4
just found out you can add your covid vaccine card to your apple wallet. i'm showing it to everyone every chance i get.

💬          🔁          ♡          ⬆️

**Healthvana** @healthvana · May 8          ⋯
Dope

🦋 @AlyssaNiccolee · May 6
I got a text to view a digital version of my covid vaccine card and you can add it to your apple wallet! Thats dope

💬          🔁          ♡          ⬆️

**Healthvana** @healthvana · May 8          ⋯
As it should be!

**daniela reyes** @Jalsss_ · May 6
Vaccine card saved onto my apple wallet

💬          🔁 1          ♡ 1          ⬆️

**Healthvana** @healthvana · May 8          ⋯
Yes, we do.

**Jovany** @DeepSunset · May 6
but do you have your vaccine card in your Apple Wallet?? 🤔

HEALTHVANA001399

Exhibit 3
667



**Healthvana** @healthvana · May 8

Hello Los Angeles County Residents!  Here is an updated link from @lapublichealth with more info about digital vaccination records.

publichealth.lacounty.gov/acd/ncorona201...

♡ 1   ⟲ 1   ♡ 1   ⬆

**Healthvana** @healthvana · May 8

🙂

> **cristina** @Crcristinaa_ · May 7
>
> That's so cool I added my vaccination record to my Apple wallet! lol
>
> ♡   ⟲   ♡ 2   ⬆

**Healthvana** @healthvana · May 7

Easy access to your health records is our goal!

FWIW, we don't think of this as a "passport" - it's your medical data (protected by HIPAA), you have a right to a copy of it, and it's your choice *if* you ever share it.

> @schmamma · May 4
>
> I was able to add my vaccination information to my apple wallet. It's great. I have access to it anytime. 😊 twitter.com/joanwilsonorg/...
>
> ♡ 1   ⟲   ♡ 1   ⬆

**Healthvana** @healthvana · May 7

Great to hear, Oscar!  You and millions of others love having digital access to it - especially in their Apple Wallet!

BTW @AirTalk / @LarryMantle  featured our company  recently:

scpr.org/programs/airta...

> **Oscar Gomez** @ojgomez93 · May 6
>
> @AirTalk shortly after I got my J&J vaccine I got a text message asking if I wanted to add my vaccine record to my Apple wallet. I now carry an electronic official record of my vaccination on my phone
>
> ♡   ⟲   ♡   ⬆

**Healthvana** @healthvana · May 7

Word

> **sabs** 💛 @sabby_sabs_ · May 6
>
> i was just able to add my vaccination card to my apple wallet ...... oh wordddd 💋💄💋
>
> ♡   ⟲   ♡ 1   ⬆

**Healthvana** @healthvana · May 7

Sometimes late, but worth the wait!

> **K E V I N** @KevinEleventh · May 6
>
> It's been a minute since I received my second-dose, but I appreciate LA Country messaging me a digital copy of my vaccination record for my apple wallet.
>
> 3:03

HEALTHVANA001400

Exhibit 3
668



HEALTHVANA001401

Exhibit 3

669



HEALTHVANA001402

Exhibit 3
670



**Healthvana** @healthvana · May 4

Vaccination card --> 📱

> 🧑 **Jay Friedman** @freejay · May 3
> COOL STUFF!  Was vaccinated by L.A. County and just received a digital proof of vaccination for my iPhone wallet from @healthvana.  Ready to go to all the vaccinated people only events coming up. Join me.  Get ya shots!

💬 1   ⟲   ♡   ⬆️

**Healthvana** @healthvana · May 3

Hello! Anyone with a smart phone can use the mobile web to see their digital vaccination record (example below). Re: Android/Google, we're waiting for them to release the feature that is similar to Apple Wallet for your vaccination.  We'll announce on Twitter when it's available!

Jane Doe

**Pfizer-BioNTech Covid-19 Vaccine**

EXAMPLE

Dose 1          12/14/2020

> 🧑 **let** 🎗🎗🎗🎗 @_tuyendle · May 2
> @healthvana why does the vaccination digital records only available for Apple Wallet? What's about people using Android phones?!? 💃🌮

💬 2   ⟲   ♡ 2   ⬆️

**Healthvana** @healthvana · May 2

So happy to hear that!

Just in case anyone wants to hear it from the LA County Dept. of Public Health directly, there is a section about Healthvana and your digital vaccination card: publichealth.lacounty.gov/acd/ncorona201...

> 🧑 **Openly & Excessively Black** @blerd316 · May 2
> Replying to @healthvana
> I absolutely love it! Will come in handy when I go to Staples Center to watch the Lakers as they require proof of vaccination or a negative test. Super convenient having it in Apple Wallet!

💬   ⟲ 1   ♡ 2   ⬆️

**Healthvana** @healthvana · May 2

Exactly where it should live!

> 🧑 **matt** @lindsaydemeola · Apr 30
> i just got sent my digital vax card and now it lives in my apple wallet!!! i love technology!!!!

💬 2   ⟲ 2   ♡ 11   ⬆️

**Healthvana** @healthvana · May 2

Exact reaction we had too!

> 🧑 **Eron** @erronious1 · Apr 16
> Holy shit you can have a vaccination card right inside of your Apple Wallet that's so convenient

HEALTHVANA001403

Exhibit 3
671



HEALTHVANA001404

Exhibit 3
672



HEALTHVANA001405

Exhibit 3
673



HEALTHVANA001406

Exhibit 3
674





HEALTHVANA001408

Exhibit 3
676



vaccine@healthvana.com.

If you have any questions please reach out to us at vaccine@healthvana.com

mashable.com/article/covid-…

♡ 2          ♥ 1

**Healthvana** @healthvana · Apr 8

Very exciting to see our CEO @raminb 's interview in the New York Times right on front page header!

If you haven't listened or read it yet, link here: nyti.ms/3uFn1Lx

Spoiler: We don't think of people's vaccination records as "passports" but personal health records.

♡          ♥ 1

**Healthvana** @healthvana · Apr 7

Appreciate the @nytimes sharing our perspective on this important topic.

We don't think of people's vaccination records as "passports" but personal health records, protected by HIPAA. You have a right to fix inaccuracies on it and share it how you choose (Apple Wallet & beyond).

> **New York Times Opinion** ✓ @nytopinion · Apr 7
> Are vaccine passports ethical? That's the debate on today's episode of The Argument with @janecoaston. @raminb argues they give individuals power over health records, and bioethicist @nataliekofler raises concerns about privacy and long-term risks. nyti.ms/3wJUiae

💬 1          ♡ 3          ♥ 5

**Healthvana** @healthvana · Mar 31

Since December we've provided digital copies of COVID vaccination records - starting with our great partners in Los Angeles County!

At 3:20PT/6:20ET we'll be discussing lessons learned - register here: bit.ly/3rF2vbY

💬 1          ♡ 1          ♥ 2

Exhibit 3
677

HEALTHVANA001409

**Healthvana** @healthvana · Mar 29

Excited to share our work in Los Angeles with public health departments across the country! Free for government agencies and nonprofits - join if you can!

Register + learn more:
astho.org/events/covid-1...



🗨   ⟲   ♡ 1   ↥

**Healthvana** @healthvana · Mar 23

Learn how we've helped LA (plus many other parts of the country) re-open using digital vaccination records, COVID results reporting, and digital contact tracing.

@raminb 's interview with @SpecNews1SoCal's
@Renee_Eng can now be viewed (link below)

bit.ly/3cYPAMK

🗨 3   ⟲ 1   ♡ 7   ↥

**Healthvana** @healthvana · Mar 16

Our CEO @raminb was featured on NPR's @KPCC this morning discussing the current state of vaccination records and how we're making equity and privacy a priority.

Listen here:

What The Present (And Future) Of Vaccination Records Looks Here...
As more people get shots of the COVID-19 vaccine in their arms, more parts of society and the economy can potentially open.
🔗 scpr.org

🗨   ⟲ 1   ♡ 2   ↥

**Healthvana** @healthvana · Mar 15

We're looking for a UX Designer and Associate Product Manager to join our patient-focused team and help us end HIV and COVID

HEALTHVANA001410

Exhibit 3
678



HEALTHVANA001411

Exhibit 3
679



**Healthvana** @healthvana · Feb 25

From selling baseball cards as a kid to running the US' largest software platform for COVID and HIV! Thanks @USC for featuring our CEO @raminb 's entrepreneurial path to Healthvana in your latest magazine!

Read more on the online edition: bit.ly/3dKA491

**Healthvana** @healthvana · Feb 12

Thank you @C19coalition for inviting @ramib to share what we've learned from our involvement in the vaccination efforts- your passion in inspiring!

(C19 is a non-profit that provides PPE to the areas that need it most. Learn more and get involved here: c19coalition.org)

**Healthvana** @healthvana · Feb 11

We're proud to partner with @FulgentGenetics and @LACHealthSrvs to help get at-home tests to populations that may not have access to testing.

"reducing the time for people to know they've been exposed from days to minutes" - CEO @raminb

bwnews.pr/3pcGQ9F

**Healthvana** @healthvana · Feb 3

Excited to partner with @LACHealthSrvs to provide at-home testing kits in Los Angeles for those notified of a COVID exposure through Healthvana- the 1st in the country! youtube.com/watch?v=elppmA...

More on digital contact tracing here: healthvana.com/digital-contac...

**Healthvana Retweeted**

**USC Annenberg** @USCAnnenberg · Jan 27

Were you one of the millions who received a COVID test from @countyofla? Chances are @healthvana was involved in delivering the results. The startup was founded by #ASCJ alumnus @raminb. Read more ⬇️ & RSVP for convo with him & @Willow_Bay on 2/2 at noon.

Ramin Bastani wastes no time
This past summer cars curled their way through the Dodger Stadium parking lot, steered not by excited...
annenberg.usc.edu

HEALTHVANA001412

Exhibit 3
680



**Healthvana** @healthvana · Jan 26
Thanks @uclaanderson for having our CEO Ramin Bastani lead a great conversation with some pretty smart students on how to make healthcare suck less (hint: engage patients!)

**UCLA** Price Center Entrepreneurship and Innovation

🗨 1    ↻ 1    ♡ 3

**Healthvana** @healthvana · Jan 26
Feature in CNBC!

We're not concerned with the "passport" question- we're just solving the problem of getting your medical information off paper and on your phone.

Companies are racing to build digital passports for people to prove th...
Apps could take the place of paper cards to prove you've gotten the vaccine -- but will anybody accept them? And if so, which one?
🔗 cnbc.com

🗨 2    ↻    ♡ 1

↻ **Healthvana Retweeted**

**L.A. County Health Services** @WeAreLAHealth · Jan 25
.@Healthvana has joined our digital contact tracing program in the fight against COVID-19. Now, those who receive an exposure notification will also see a link to order a home test!

If you receive a positive test, opt in to contact tracing and help #stop the surge.

If contact tracing determines you've potentially been exposed, you will now be sent a link to order a home test immediately.
**Health Services** LOS ANGELES COUNTY

🗨 2    ↻ 2    ♡ 3

**Healthvana** @healthvana · Jan 17
"the tech, and Healthvana, are focused on informing individuals to ensure they participate in their own healthcare programs, not providing an immunity pass."

HEALTHVANA001413

Exhibit 3
681



**TechCrunch** ✔ @TechCrunch · Jan 11

Healthvana's digital COVID-19 vaccination records are about communication, not passports for the immune tcrn.ch/39qz8mq by @etherington

💬   ⟲ 3   ♡ 5   ⬆

**Healthvana Retweeted**

**Ramin Bastani** @raminb · Jan 12   ⋯

Thank you Alabama AIDS and Southeast AIDS Education teams for having me present on how to use technology to help people on PrEP (once a day pill that prevents HIV) stay on top of their care using @Healthvana and @UrSureInc!

> Southeast
>
> # Welcome
>
> The Alabama AIDS Education Training Center (Alabama AETC) is a joint initiative between Medical Advocacy & Outreach (MAO) and the Southeast AIDS Education and Training Center (SE AETC) at Vanderbilt University's Comprehensive Care Clinic.

💬 1   ⟲ 1   ♡ 8   ⬆

Show this thread

**Healthvana Retweeted**

**TechCrunch** ✔ @TechCrunch · Jan 11   ⋯

Healthvana's digital COVID-19 vaccination records are about communication, not passports for the immune tcrn.ch/39qz8mq by @etherington

Healthvana's digital COVID-19 vaccination records are about communi…
As the vaccination campaign to counter COVID-19 gets underway (albeit with a rocky start), a number of companies are attempting to support i…
🔗 techcrunch.com

💬 7   ⟲ 12   ♡ 11   ⬆

💙 **Healthvana** @healthvana · Jan 6   ⋯

We're looking for a talented Senior Backend Software Engineer to join our team and continue our important work in ending HIV/COVID.

Learn more and apply here:

> 📄   Jobs | Healthvana
> Jobs
> 🔗 healthvana.com

💬   ⟲ 2   ♡ 4   ⬆

💙 **Healthvana** @healthvana · Dec 31, 2020   ⋯

Vaccination records on your phone, not on paper.

Our CEO @raminb  on Fox Business discussing our vaccination work with LA County.

HEALTHVANA001414

Exhibit 3
682



Fox Business re: digital vaccination records in Los A...
Healthvana announces first digital vaccination records + 2nd dose reminders with Los Angeles ...
🔗 youtube.com

💬 4   🔁 1   ♡ 2

**Healthvana** @healthvana · Dec 30, 2020

6M+ COVID-19 results delivered to date, and now we're helping with millions of vaccinations!

Los Angeles vaccine patients will be given proof they've been vaccinat...
The digital token is meant to remind people to come back for their second vaccine dose but in the future could be used at concerts and ...
🔗 businessinsider.com

💬   🔁 2   ♡ 2

🔁 **Healthvana Retweeted**

**CDC** ✔ @CDCgov · Dec 22, 2020

During the #Holidays, protect loved ones. Stay home and limit close contact for people you don't live with. #WearAMask 😷. Stay at least 6 feet apart. Wash your hands with soap and water for at least 20 seconds. Consider outdoor spaces. Learn more: bit.ly/3n6X3x4.

💬 216   🔁 469   ♡ 572

**Healthvana** @healthvana · Dec 21, 2020

Update: We are continuing to see (some) lab delays because of the surge for testing. As a reminder, we are the technology platform that delivers the results (not the lab) - and we'll deliver the results as soon as we receive them, just as we have for millions of patients.

💬 12   🔁   ♡ 2

**Healthvana** @healthvana · Dec 18, 2020

In-depth look by @RajivLeventhal at our new efforts to slow the spread, using Digital Contact Tracing / Exposure Notifications (not with Bluetooth) with Los Angeles County.

In L.A. County, Public Health Leaders Take Another ...
There doesn't appear to be a one-size-fits-all solution to contact tracing in the U.S., and L.A. ...
🔗 hcinnovationgroup.com

💬   🔁 1   ♡

**Healthvana** @healthvana · Dec 10, 2020

We're seeing some delays in lab processing times for COVID-19 patients because of the surge in testing across the U.S.  It's normally 1-2 days - bit longer now.  We'll deliver them as soon as we receive them!

HEALTHVANA001415

Exhibit 3
683



longer now. We'll deliver them as soon as we receive them.

PS - Healthvana is a technology company - not the laboratory.

💬 5          ⟲          ♡ 3          ⬆

Healthvana @healthvana · Nov 18, 2020          •••

We've helped over 3m people get their COVID results, and now we're helping with digital contact tracing in Los Angeles County - and it's working!

~1 min video:
youtube.com/watch?v=h2hknW...

💬 7          ⟲ 2          ♡ 2          ⬆

Healthvana @healthvana · Nov 15, 2020          •••

Excited to help slow the spread with @fluidigm!

"Patients view their result within 30 minutes when Healthvana acts as the 'last mile.'" - CEO, Ramin Bastani

FLUID | Fluidigm and Healthvana Partner to Offer COVID-1...
Patients Receive Results, Education and Next Steps on Their Mobile Phones to Prevent Further Spread ...
🔗 globenewswire.com

💬 3          ⟲ 1          ♡ 2          ⬆

⟲ Healthvana Retweeted

Ramin Bastani @raminb · Nov 14, 2020          •••

Great to hear you're having good experiences, there are lots of hard working teams (@Curative @CoreResponse and the gov folks)!

In the City of LA, @healthvana is sending test results the moment we get them from the lab, 24/7.  And we've delivered over 3m across the country.

Jeanie Bergen @JeanieBergen · Nov 13, 2020
Replying to @lanaorsomething
the earliest time a result came in was 3:47 AM and I had gotten the test at 8 AM the previous day, but it is all over the map. If you were tested through Curative, you can sign up for text alerts on Healthvana (where you get your results, anyway) healthvana.com

💬 6          ⟲ 1          ♡ 6          ⬆

Healthvana @healthvana · Oct 21, 2020          •••

We are proud to help tens of thousands of people in San Bernardino!

SBCDPH @SBCountyPH · Oct 21, 2020
If you recently received a COVID-19 test at any one of our County testing sites, you will receive your results via email, text or in your Patient Portal through Healthvana. You can view your account at patient.healthvana.com.

DID YOU TEST AT ONE OF OUR COVID-19 TESTING SITES?

• Check your email for a registration email from Healthvana to create your account
• Once your test is processed, you will be notified via email or text to view your results at **patient.healthvana.com**

You can also get your results by calling the

💬 2          ⟲ 2          ♡ 3          ⬆

Healthvana @healthvana · Oct 21, 2020          •••

¡Estamos orgullosos de ayudar a decenas de miles de personas en San Bernardino!

SBCDPH @SBCountyPH · Oct 21, 2020
Si ha recibió una prueba de COVID-19 en uno de nuestro sitios del condado, usted recibirá sus resultados por correo electrónico, mensaje de texto o en su portal para pacientes a través de Healthvana. Puede ver su cuenta en patient.healthvana.com.

HEALTHVANA001416

Exhibit 3
684



¿RECIBISTE TU PRUEBA DE COVID-19 EN UNO DE NUESTROS SITIOS DEL CONDADO?

- Revise su correo electrónico para obtener un registro de Healthvana para crear su cuenta
- Cuando se haya procesado su prueba, se le notificará por correo electrónico o por texto para ver sus resultados en **patient.healthvana.com**

También puede obtener sus resultados llamando a la línea de resultados al (909) 387-5155.

1

**Healthvana** @healthvana · Aug 25, 2020
We're proud of expanding our platform to help during the pandemic - and we're proud of our incredible team who is doing this important work each day.

Healthvana®

Healthvana Delivers Over One Million COVID-19 Test Results in Three …
Healthvana, Inc., the U.S. leader in delivery and management of sensitive patient test results, today announced it has delivered more than one …
🔗 businesswire.com

1                    1

**Healthvana** @healthvana · Aug 18, 2020
Just to be clear, Healthvana (technology company) has nothing to do with hand sanitizer.

**Ramin Bastani** @raminb · Aug 18, 2020
We have *nothing* to do with "Healthvana" hand sanitizer. Unfortunately people continue to confuse us with this product.

I tweeted about this problem in late March and we filed a lawsuit against them using our registered trademark (which we've had since 2015).

$8⁹⁷    $8⁹⁷    $8⁹⁷    $8⁹⁷

1

**Healthvana** @healthvana · Aug 14, 2020
We're thrilled to be a part of this process! Thanks also due to our amazing partners at the labs and testing centers ❤️

**SUSIE CASTILLO** ✓ @SusieCastillo · Aug 14, 2020
Was feeling under the weather this week so I made a same day appointment yesterday at Dodger Stadium for a COVID-19 test and got my results super quick (only 20 hours later) via the @healthvana app. So quick and so easy to use! Thank you all so much! 🙏🙏😍

HEALTHVANA001417

Exhibit 3
685



HEALTHVANA001418

Exhibit 3
686



**Healthvana** @healthvana · May 19, 2020

Apology + Self-service "Tracking" for your COVID-19 result in Los Angeles at healthvana.com/contact/

> soon as we receive it from the lab.
>
> Up until the recent lab processing delays in the Los Angeles testing locations we service, we had been delivering tens of thousands of COVID-19 results to patients each week - mostly without issue. These delays caused a surge of messages to our support team, and I'm sorry for the slower than normal response time. We've not only hired more support staff to help, but we've also launched a beta of our:
>
> • "Test Result Tracker for COVID-19" at https://healthvana.com/contact/. We took the concept of "tracking" a FedEx package and applied it to your result.
>
> Sending you the best of wishes during this difficult time, and thank you for your ongoing patience.
>
> Sincerely,
>
> Ramin Bastani

💬 14   🔁 1   ♡ 3   ⬆️

**Healthvana** @healthvana · May 20, 2020

Disculpa Y Autoservicio "Rastreo" para su resultado COVID-19 en Los Ángeles: healthvana.com/contact/

> Hasta los recientes retrasos en el procesamiento de laboratorio en los lugares de prueba de Los Ángeles a los que damos servicio, habíamos estado entregando con éxito decenas de miles de resultados de COVID-19 a los pacientes cada semana. Estos retrasos continuos han provocado una oleada de mensajes a nuestro equipo de soporte, y lamento el tiempo de respuesta más lento de lo normal. No solo hemos contratado más personal de soporte para ayudar, sino que también hemos lanzado una versión beta de nuestro:
>
> • "Test Result Tracker for COVID-19" en https://healthvana.com/contact/. Tomamos el concepto de "rastrear" un paquete de FedEx y lo aplicamos a su resultado.
>
> Enviando los mejores deseos durante este momento difícil, y gracias por su paciencia continua.
>
> Sinceramente,
>
> Ramin Bastani

💬 1   🔁   ♡   ⬆️

**Healthvana** @healthvana · May 18, 2020

Thank you for your patience! We know many people are waiting for their results - and we promise to send them as soon as we get them from the lab.

> **Nancy Arnstein** @NancyArnstein · May 18, 2020
>
> Thank you @healthvana so so so much for all your hard work, kindness, and communication was amazing. You guys are the best and I can't thank you enough!! ❤️❤️❤️ Just received my results. You guys are the best!! 🙏 #covid19 #coronavirus #healthvana

💬 2   🔁   ♡ 3   ⬆️

**Healthvana** @healthvana · May 17, 2020

*No new update since we posted 2 days ago*

We'll keep updating Twitter and Healthvana.com/FAQ when we learn more. Apologies again for everyone waiting for their COVID-19 labs - we'll send them as soon as we get them.

> 💚 **Healthvana** @healthvana · May 15, 2020
>
> Update: Lab delays continue for some patients in LA waiting for COVID-19 results. As a result, we're receiving a large increase of patient inquiries. We are very sorry for our slower than normal response - we promise we're doing everything we can to help get your results to you.

💬 4   🔁 1   ♡ 2   ⬆️

**Healthvana** @healthvana · May 15, 2020

Update: Lab delays continue for some patients in LA waiting for COVID-19 results. As a result, we're receiving a large increase of patient inquiries. We are very sorry for our slower than normal response - we promise we're doing everything we can to help get your results to you.

💬 9   🔁 1   ♡ 2   ⬆️

**Healthvana** @healthvana · May 13, 2020

We're seeing some delays in lab processing time for COVID-19 patients in Los Angeles that we service. It's normally 3-5 days, but sometimes a bit longer. We'll deliver the results as soon as we get them from the lab.

HEALTHVANA001419

Exhibit 3
687



PS - Healthvana is a technology company - not a laboratory

💬 12          🔁 2          ♡ 3

**Healthvana** @healthvana · May 9, 2020
Great to hear - we're helping tens of thousands a week get results the exact same way :)!

*Normally it takes 3-5 days to get them.

**Cathy Ngo, MPH** @cathynngo · May 9, 2020
Got my COVID test results 3 days after taking it! Healthvana sent an email. Had to register - sigh of relief that it was negative. Tests can have false negatives/positives and ppl can get infected AFTER taking the test, so we still need to be diligent and careful 🙏🙏

Your COVID-19 (coronavirus) test results are back from the lab and can be viewed in a HIPAA-secure portal provided by Healthvana. To access them, please set up your Healthvana account here.

💬 5          🔁          ♡ 2

**Healthvana** @healthvana · May 7, 2020
Healthvana is proud to be helping thousands of patients a day get their COVID-19 results and much more!

Healthvana Digital COVID-19 Platform: Test Results...
For more information, email demo@healthvana.com
🔗 youtube.com

💬 28          🔁 2          ♡ 8

**Healthvana** @healthvana · May 6, 2020
So happy we could be of help.  Thanks for critically important front-line work you all do!

**febsky** @febsky · May 6, 2020
Replying to @healthvana and @raminb
I just want to say THANK YOU THANK YOU!  We got the results.  If it wasn't your swift action, we will be cross contaminating everyone.  With these results, now we have isolated residents that needed isolation.  What's crazy is that there were no symptoms as we always check them

💬 1          🔁          ♡ 1

🔁 **Healthvana Retweeted**
**Ramin Bastani** @raminb · May 6, 2020
Big news! We've been helping both the City of Los Angeles and Los Angeles County with COVID-19 - helping deliver thousands of test results a day!

Healthvana Digital COVID-19 Platform: Test Results...
For more information, email demo@healthvana.com
🔗 youtube.com

💬 6          🔁 2          ♡ 9

🔁 **Healthvana Retweeted**
**Ramin Bastani** @raminb · Apr 29, 2020
Go LA!

**MayorOfLA** ✓ @MayorOfLA · Apr 29, 2020
Announcing that L.A. is now the first major city in America to offer free

COVID-19 testing to all residents. While priority will still be given to those with symptoms, individuals without symptoms can also be tested. Sign up at Coronavirus.LACity.org/Testing.



**Healthvana** @healthvana · Mar 28, 2020
Healthvana has nothing to do with the hand sanitizer company that's using our name/trademark.

**Ramin Bastani** @raminb · Mar 28, 2020
We (Healthvana) have *no* affiliation with the "Healthvana hand sanitizer" that has commercials on TV.  I posted about this on 3/20 and we sent them a "cease and desist" today.

Not us: healthvanafoam.com/Home

Stop using our trademark: @TeleBrands @BulbHeadIdeas @AJKhubani

**Healthvana** @healthvana · Apr 22, 2020
@yourgaragegirl - Here is additional proof that we have nothing to do with the hand sanitizer company.  I'm very sorry for the confusion.

**Healthvana** @healthvana · Apr 1, 2020
Great to see this video!  Just to be super clear, we have *nothing* to do with the company that sells hand sanitizer/shampoo/gel.  And b/c of the massive confusion, they have changed their name away from our trademark to "Handvana"

**ScamFinder** @ScamFinder6 · Apr 1, 2020
The truth about Healthvana foam hand sanitizer (also called as Handvana or Hydroclean): youtu.be/g6UWI2maBNY #healthvana #handvana #sanitizer #hydroclean #review #reviews #scam #fraud #COVID—19 #COVID19 #CoronavirusUSA #coronavirus

**Healthvana** Retweeted
**Ramin Bastani** @raminb · Mar 23, 2020
Good people (many who worked on HIV for decades) doing good work at the top. twitter.com/realDonaldTrum...

This Tweet is unavailable.

**Healthvana** Retweeted

HEALTHVANA001421

Exhibit 3
689



HEALTHVANA001422

Exhibit 3
690



best addressed with the use of technology - and we're seeing it successfully done, every day, by way of our platform.

💬    🔁    ♡ 3    ⬆

**Healthvana** @healthvana · Feb 19, 2020

If you're in Los Angeles, come see our CEO (@raminb) speak tonight about "How Is Tech Working to Improve Health Equity in Los Angeles."

**Cedars-Sinai Accelerator** @CSaccelerator · Feb 13, 2020

Hear from Ramin Bastani @raminb on 2/19 as he talks about what he's building at @healthvana to change the way healthcare providers manage and empower patients at risk of HIV or are HIV+. Register here: eventbrite.com/e/leveraging-t...

💬 2    🔁    ♡ 3    ⬆

**Healthvana** @healthvana · Jan 22, 2020

Healthvana is hiring a Product Manager to help us end HIV!  The position is remote and you can find more info at healthvana.com/jobs/.

Think Patient.

💬    🔁 1    ♡ 4    ⬆

**Healthvana** @healthvana · Jan 3, 2020

We couldn't agree more!

**Kiara Hernandez** @the_realkiara · Jan 1, 2020

All health care places should use healthvana. I got my test results super fast and straight to my phone for free.

💬    🔁 2    ♡ 2    ⬆

**Healthvana** @healthvana · Dec 2, 2019

*Warm chocolate chip cookies at our booth*

We're exhibiting at the Biomedical HIV Prevention Summit (aka the best PrEP conference domestically) by @NMACCommunity tomorrow and Wednesday in Houston - come say hello!

biomedicalhivsummit.org

HEALTHVANA001423

Exhibit 3
691