UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Brent S. Colasurdo (SBN 281863)
bcolasurdo@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

PRANGER LAW PC
Holly Pranger (SBN 215270)
hpranger@prangerlaw.com
Eugene L. Hahm (SBN 167596)
ehahm@prangerlaw.com
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: (415) 885-9800
Fax: (415) 944-1110

Attorneys for Plaintiff Healthvana, Inc.

# UNITED STATES DISTRICT COURT
# CENRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHVANA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:20-cv-04305-DDP (SKx)<br>Hon. Dean D. Pregerson<br><br>DECLARATION OF PILAR R. STILLWATER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Date: February 14, 2022<br>Time: 10:00 a.m.<br>Ctrm: 9C<br><br>Complaint Filed: May 12, 2020<br>Trial Date: March 15, 2022 |

I, Pilar R. Stillwater, hereby declare as follows:

1. I am an attorney in the law firm Pranger Law PC, co-counsel of record for Plaintiff Healthvana, Inc. in this matter. I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as **Exhibit 6**[1] is a true and correct copy of excerpts of Defendant Telebrands Corporation's ("Defendant" or "Telebrands")[2] websites at www.telebrands.com and www.telebrands.net, printed on January 19, 2022.

3. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 6 to the November 3, 2021, Deposition of Bala Iyer (filed by Defendants under seal as Exhibit D to the Farnese Declaration, Dkt. No. 78-4). **Exhibit 7** was produced in native file format by Healthvana in this matter with Bates number HEALTHVANA000715, which is the television commercial aired beginning on March 18, 2020, featuring Telebrands' hand sanitizer product bearing the Healthvana mark. A flash drive containing a copy of the television commercial has been lodged with the Court pursuant to L.R. 11-5.1. Telebrands' television commercial is also available at https://ispot.tv/ad/Z9bk/healthvana-hydroclean-kills-999-percent-of-germs, last visited on January 19, 2022.

4. Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit 9 to the November 3, 2021, Deposition of Bala Iyer (filed by Defendants under seal as Exhibit D to the Farnese Declaration, Dkt. No. 78-4). **Exhibit 8** is an email exchange between Bala Iyer and Jerry Iodice, dated March 16, 2020, produced by Telebrands in this matter with Bates numbers TB000765-TB000768, which was

---

[1] Exhibit numbers are continued from the Declaration of Ramin Bastani, filed concurrently herewith.

[2] Defendants Telebrands Corporation, Hempvana, LLC, Bulbhead.com, LLC, and Health Bloom LLC are collectively referred to here as "Defendant" or "Telebrands".

designated as Confidential by Defendant under the terms of the Protective Order entered in this matter.

5. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 14 to the November 3, 2021, Deposition of Bala Iyer (filed by Defendants under seal as Exhibit D to the Farnese Declaration, Dkt. No. 78-4). **Exhibit 9** is an email exchange between Bala Iyer and Ramin Bastani, dated April 17, 2021, produced by Telebrands in this matter with Bates numbers TB001143-TB001144, which was designated as Confidential by Defendant under the terms of the Protective Order entered in this matter.

6. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 15 to the November 3, 2021, Deposition of Bala Iyer (filed by Defendants under seal as Exhibit D to the Farnese Declaration, Dkt. No. 78-4). **Exhibit 10** is an email exchange between Bala Iyer and an unknown recipient, dated April 23, 2021, produced by Telebrands in this matter with redactions and with Bates numbers TB001581-TB001582, which was designated as Confidential by Defendant under the terms of the Protective Order entered in this matter.

7. Attached hereto as **Exhibit 11** is a true and correct copy of Telebrands' July 30, 2021, Final Responses to Plaintiff's First Set of Interrogatories, which was designated as Confidential by Defendant under the terms of the Protective Order entered in this matter.

8. Attached hereto as **Exhibit 12** is a true and correct copy of the declaration of Christina Atkinson, produced by Healthvana in this matter with Bates numbers HEALTHVANA000735-HEALTHVANA000737, executed on May 19, 2020, in Kissimmee, Florida.

9. Attached hereto as **Exhibit 13** is a true and correct copy of the declaration of Anthony Magnemi, produced by Healthvana in this matter with Bates numbers HEALTHVANA000732-HEALTHVANA000734, executed on May 19, 2020, in Tustin, California.

10. Attached hereto as **Exhibit 14** is a true and correct copy of the declaration of David Mincks, produced by Healthvana in this matter with Bates numbers HEALTHVANA000738-HEALTHVANA000739, executed on May 18, 2020, in Mill Creek, Washington.

11. Attached hereto as **Exhibit 15** is a true and correct copy of the declaration of Racquel Rivera, produced by Healthvana in this matter with Bates numbers HEALTHVANA000740-HEALTHVANA000742, executed on May 18, 2021, in San Francisco, California.

12. Attached hereto as **Exhibit 16** is a true and correct copy of the declaration of Sara Banze, produced by Healthvana in this matter with Bates numbers HEALTHVANA000730-HEALTHVANA000731, executed on May 18, 2020, Foristell, Missouri.

13. Attached hereto as **Exhibit 17** is a true and correct copy of a photograph taken by my colleague, Holly Pranger, on November 6, 2021, at a CVS pharmacy in San Rafael, California. Personal information has been redacted pursuant to L.R. 5.2.

14. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 24 to the November 17, 2021, Deposition of Robert Barnett. **Exhibit 18** is a financial document produced by Telebrands in this matter with Bates numbers TB000004-TB000005, which was designated as Confidential by Defendant under the terms of the Protective Order entered in this matter.

15. Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit B to the First Amended Complaint in this matter, Dkt. No. 59-2.

Executed on January 24, 2022, in Berkeley, California.

/s/ *Pilar R. Stillwater*
Pilar R. Stillwater

THIS PAGE INTENTIONALLY LEFT BLANK