# Exhibit 17



Exhibit 17
44