1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 HEALTHVANA, INC.,
 a Delaware corporation,
13

14                          Plaintiff,

15        v.

16 TELEBRANDS CORP., a New Jersey
 Corporation; HEMPVANA, LLC, a
17 Delaware Limited Liability Company;
 BULBHEAD.COM, LLC; a Delaware
18 Limited Liability Company; and
19 HEALTH BLOOM, LLC, a Delaware
 Limited Liability Company,
20

21                          Defendants.

22

23

24

25

26

27

28

Case No. 2:20-cv-04305-DDP (SKx)
Hon. Dean D. Pregerson

ORDER GRANTING PLAINTIFF'S
APPLICATION TO FILE UNDER SEAL
CERTAIN PORTIONS OF OPPOSITION
TO MOTION FOR SUMMARY
JUDGMENT

Date:   February 14, 2022
Time:   10:00 a.m.
Ctrm:   9C

Trial Date:          March 15, 2022

ORDER RE P'S APP. TO SEAL

Before the Court is Plaintiff's Application for Leave to File Under Seal Pursuant to L.R. 79-5 and the Stipulated Protective Order in this Action (Dkt. No. 31), documents related to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.  After considering the Application and accompanying declaration and related materials, and for good cause shown, Plaintiff's Application is hereby GRANTED, with respect to the following materials:

| Document | Portions to Be Filed Under Seal |
|---|---|
| 1. Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment | Highlighted portions reflecting material in exhibits identified below |
| 2. Statement of Genuine Disputes of Fact and Additional Undisputed and Disputed Facts | Highlighted portions reflecting material in exhibits identified below and financial information designated Confidential by Plaintiff |
| 3. Declaration of Ramin Bastani ISO Plaintiff's Opposition to Motion for Summary Judgment | Exhibit Thereto:<br><br>• Ex. 2 – Customer Complaints Received by Healthvana, designated Confidential by Plaintiff |
| 4. Exhibits to the Declaration of Pilar R. Stillwater ISO Plaintiff's Opposition to Motion for Summary Judgment | Exhibits Thereto:<br><br>• Ex. 8 – Email communication designated Confidential by Defendant<br><br>• Ex. 9 – Email communication designated Confidential by Defendant<br><br>• Ex. 10 – Email communication designated Confidential by Defendant<br><br>• Ex. 11 – Defendant's Responses to Plaintiff's First Set of Interrogatories, designated Confidential by Defendant<br><br>• Ex. 18 – Defendant's financial information, designated Confidential by Defendant |

ORDER RE P'S APP. TO SEAL

1

2          IT IS SO ORDERED.

3

4     Dated:      January 25, 2022

5
                                                Hon. Dean D. Pregerson
6                                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2