**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone:  310-356-4668
Facsimile:   310-388-1232

Attorneys for Defendants,
Telebrands Corp., Hempvana, LLC,
Bulbhead.Com, LLC, and Health Bloom, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHVANA, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendants. | CASE NO. 2:20-cv-04305-DDP-SK<br><br>**SUPPLEMENTAL DECLARATION OF PETER J. FARNESE IN REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 14, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Crtm: 9C<br><br>Complaint Filed:　May 12, 2020<br>Trial Date:　　　March 15, 2022 |

## SUPPLEMENTAL DECLARATION OF PETER J. FARNESE

I, Peter J. Farnese, declare as follows:

1. I am an attorney with the law firm Epstein Drangel LLP, counsel of record for Defendants Telebrands Corp., et al., and am licensed to practice in all courts within the State of California.

2. I make this supplemental declaration based on my own personal knowledge or upon information and belief and, if called upon to testify, would testify competently as to the matters contained therein.

3. I submit this supplemental declaration in support of Defendants' Reply in support of Motion for Summary Judgment.

4. Attached hereto as Exhibit T is a true and correct copy of the letter from Holly Pranger, Esq. to Robert Maldonado, Esq., dated May 7, 2022.

5. Attached hereto as Exhibit U is a true and correct copy of a press release from Plaintiff Healthvana Inc. dated November 3, 2021.

6. Attached hereto as Exhibit V is a true and correct copy of document, entitled "Software as a Service ("SAAS") Agreement between Plaintiff Healthvana Inc. and the City of Los Angeles, dated April 10, 2020, and produced by Plaintiff in this litigation as Bates Number HEALTHVANA001206-001263.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 31, 2022, at Los Angeles, California.

By: */s/Peter J. Farnese*  
Peter J. Farnese

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: January 31, 2022      By:   *s/ Peter J. Farnese*
                                   Peter J. Farnese