# EXHIBIT U

# EXHIBIT U





# Healthvana Passes 25 Million Covid-19 Digital Test Results and Digital Vaccination Records Delivered Across the United States

*Millions use Apple Wallet and Google Pay to securely store and show Covid-related health records*

BASTANI DEPO
EXHIBIT 18



Example Healthvana mobile phone Covid-19 test results and vaccination records. (Graphic: Business Wire)

November 03, 2021 07:07 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Healthvana, a HIPAA-compliant patient communication platform used by healthcare providers such as cities, counties, labs, skilled nursing facilities, employers, schools, and clinics to manage and communicate with their patient populations, recently surpassed 25 million Covid-19 test results and Covid-19 vaccination records delivered across 21 states.

Since 2015 Healthvana's evidence-based communication platform has helped underserved populations manage their health - leading to better patient outcomes at a lower cost for healthcare providers. The company initially focused on helping end HIV - delivering tens of millions of notifications and health records between healthcare providers and their patients at risk of acquiring or living with HIV.

In April of 2020, Healthvana expanded its platform to address Covid-19. The company's Covid-related work has been featured on Fox Business, BBC, The New York Times, NPR, CNBC, and Bloomberg. Healthvana's milestones include:

BASTANI DEPO
EXHIBIT 18

**2020**

- April     1st Covid-19 test result delivered
- August     1 million Covid-19 test results
- November     Digital contact tracing feature to help slow the spread via anonymous exposure notifications (Public Health Leaders Take Another Swing at Contact Tracing)
- December     1st in the U.S. to provide digital Covid-19 vaccination records in Apple Wallet (Fox Business Interview)

**2021**

- January     1 out of 18 Covid-19 PCR tests in the country delivered by Healthvana
- February     10 million Covid-19 test results and vaccination records
- June     Google collaboration to deliver 1st digital vaccination record in their wallet (Healthvana Launches Nation's First Covid-19 Digital Vaccination Record For Android™ Users)
- September     Covid-19 test results available to add to Apple and Google wallets
- October     25 million Covid-19 test results + vaccination records across 21 states

"We're honored to continue playing a role during this difficult time. We appreciate the dedicated healthcare provider partners we've worked with to help millions of patients across the country," said CEO Ramin Bastani. "Our team believes in empowering patients with easy-to-access and actionable health information at their fingertips - and crossing 25 million Covid-19 records delivered with a 95% patient satisfaction rate shows a glimpse of what 21-century public health can look like."

**About Healthvana**

Healthvana is a HIPAA-compliant, mobile-friendly patient communication platform used by healthcare providers to help manage and communicate with their patient populations. Healthvana delivers actionable health information including test results, health records, targeted messaging, reminders, and much more to patients - delivering better care at lower costs.

Since 2015 Healthvana has specialized in improving patient access for underserved populations, and the company is the leading software platform in HIV/sexual health (the most sensitive data under HIPAA) and now for Covid-19. The company has been featured at the White House, the National Library of Medicine, and many universities such as Stanford.

For more information, visit www.Healthvana.com

Contacts
Gabriella Palmeri
gabriella.palmeri@healthvana.com

BASTANI DEPO
EXHIBIT 18

## Tweets by @healthvana



**Healthvana**
@healthvana

Love this @latimes picture of someone sharing their vaccination status using their Healthvana Apple Wallet record! latimes.com/travel/story/2…



**L.A.'s COVID rules: Mask and vaccine guidance for out-of-town visitors**
Some places in Los Angeles city and county won't let you in without proof of full COVID…
latimes.com

Nov 19, 2021



**Healthvana**
@healthvana

Join us tomorrow at 10am PT with @linuxfoundation to learn how digitizing Covid test results/vaccination records can help improve public health response - like sending targeted messages based on vaccination status

Sign up: lnkd.in/gyqWqPgW



BASTANI DEPO
EXHIBIT 18

Nov 16, 2021

BASTANI DEPO
EXHIBIT 18