# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHVANA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company,<br><br>  Defendants. | CASE NO. 2:20-cv-04305-DDP-SK<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 14, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Crtm: 9C<br><br>Complaint Filed: May 12, 2020<br>Trial Date: March 15, 2022 |

Before the Court is Defendants' Application for an Order Granting Permission to File Under Seal documents in connection with Defendants' Reply in Support of Motion for Summary Judgment. After careful consideration, and for good cause shown, the Application is GRANTED as to the following:

| Document | Portions to Be Filed Under Seal |
|---|---|
| 1. Reply | Highlighted Portions |
| 2. Defendants' Responses and Objections to Plaintiff's Statement of Additional Uncontroverted Facts | Highlighted Portions |
| 3. Declaration of Peter J. Farnese | Certain Exhibits:<br>• Exhibit T – Letter from H. Pranger to R. Maldonado, dated May 7, 2020 and marked by Plaintiff as a "confidential settlement communication" |

IT IS SO ORDERED.

Dated:   2/7/2022

Hon. Dean D. Pregerson
United States District Judge