UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Brent S. Colasurdo (SBN 281863)
bcolasurdo@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

PRANGER LAW PC
Holly Pranger (SBN 215270)
hpranger@prangerlaw.com
Eugene L. Hahm (SBN 167596)
ehahm@prangerlaw.com
88 Guy Place, Suite 405
San Francisco,  CA 94105
Tel:  (415) 885-9800
Fax: (415) 944-1110

Attorneys for Plaintiff Healthvana, Inc.

# UNITED STATES DISTRICT COURT

# CENRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHVANA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:20-cv-04305-DDP (SKx)<br>Hon. Dean D. Pregerson<br><br>**JOINT STIPULATION FOR ENTRY OF [PROPOSED] JUDGMENT**<br><br>*[Proposed] Judgment submitted concurrently herewith* |

Defendants Telebrands Corp., Hempvana, LLC, Bulbhead.Com, LLC, and Health Bloom, LLC ("Defendant(s)" or "Telebrands") and Plaintiff Healthvana Inc. ("Plaintiff") by and through their respective counsel of record hereby agree and stipulate as follows:

WHEREAS, on August 20, 2021, Plaintiff filed a first amended complaint against Defendants (the "Complaint");

WHEREAS, on January 10, 2022, Defendants filed their motion for summary judgment as to all claims asserted in the Complaint.  Plaintiff opposed the motion on January 24, 2022, and Defendants filed their reply on January 31, 2022;

WHEREAS, the Court heard oral argument on Defendants' motion for summary judgment on February 14, 2022;

WHEREAS, on February 23, 2022, the Court entered its order granting Defendants' motion for summary judgment, and dismissed Plaintiff's claims in their entirety; and

WHEREAS, the Parties have met and conferred on a proposed form of judgment.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through their respective counsel of record, as follows:  In accordance with Fed. R. Civ. P. 58 and L.R. 58-6, the Parties hereby agree and stipulate to entry of judgment in the form filed concurrently herewith.

Dated:  June 16, 2022         UMBERG ZIPSER LLP

                              By:   /s/ Mark A. Finkelstein
                                  Mark A. Finkelstein
                                  Brent S. Colasurdo
                                  Attorneys for Plaintiff Healthvana, Inc.

| | |
|---|---|
| Dated: June 16, 2022 | EPSTEIN DRANGEL LLP |
| | By: *s/ Peter J. Farnese* |
| | Peter J. Farnese |
| | Attorneys for Defendants, |
| | Telebrands Corp., Hempvana, LLC, |
| | Bulbhead.Com, LLC, and Health |
| | Bloom, LLC |

{238480.1}

2
JOINT STIPULATION FOR ENTRY OF [PROPOSED] JUDGMENT

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4., the signatory listed, and on whose behalf the filing is submitted, has concurred in the filing's content and has authorized the filing.

Dated: June 16, 2022                         UMBERG ZIPSER LLP

                                             By:   */s/ Mark A. Finkelstein*
                                                   Mark A. Finkelstein
                                                   Brent S. Colasurdo
                                                   Attorneys for Plaintiff Healthvana, Inc.