JS-6

UNITED STATES DISTRICT COURT

CENRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHVANA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> TELEBRANDS CORP., a New Jersey Corporation; HEMPVANA, LLC, a Delaware Limited Liability Company; BULBHEAD.COM, LLC; a Delaware Limited Liability Company; and HEALTH BLOOM, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No. 2:20-cv-04305-DDP (SKx) <br> Hon. Dean D. Pregerson <br><br> **JUDGMENT** <br> ___ |

{238482.1}                                                                                       JUDGMENT

# JUDGMENT

For the reasons set forth in the Court's February 24, 2022 Order, Dkt. 102, JUDGMENT is entered, and it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff Healthvana, Inc. shall take nothing on its First Amended Complaint, Dkt. 59 ("Complaint"), and each and every claim alleged therein is dismissed with prejudice.

2. JUDGMENT is entered in favor of Defendants Telebrands Corp., Hempvana, LLC, Bulbhead.Com, LLC, and Health Bloom, LLC ("Defendants" or "Telebrands"), and against Plaintiff Healthvana, Inc., on each and every claim alleged in the Complaint.

3. Each party to pay their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 17, 2022

_____
Hon. Dean D. Pregerson
United States District Judge

{238482.1}

1

JUDGMENT